HENRY BIDNICK, Appellant, v. MURRAY BERKLEY et al., Respondents.

No opinion. Beldock, P. J., Christ, Brennan and Rabin, JJ., concur; Hopkins, J. dissents and votes to

reverse and to grant plaintiff's motion for a general preference, with the following memorandum: In my opinion, the facts are sufficient to warrant the granting of a preference.